IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>EDUARDO ANCHONDO-ARZOLA,<br><br>　　　　　　　Defendant. | 8:15CR273<br><br>ORDER |

　　Defendant Eduardo Anchondo-Arzola appeared before the court on Monday, August 1, 2016 on a Petition for Warrant for Offender Under Supervision [5]. The defendant was represented by Assistant Federal Public Defender Kelly M. Steenbock, and the United States was represented by Assistant U.S. Attorney Douglas J. Amen. Defendant waived his right to a preliminary examination. The government moved for detention. Detention hearing was held. The government's motion for detention is denied. Therefore, the defendant will be released on current conditions of supervision.

　　I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Chief Judge Smith Camp.

　　**IT IS ORDERED:**

　　1.　A final dispositional hearing will be held before Chief Judge Laurie Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on September 15, 2016 at 9:30 a.m. Defendant must be present in person.

　　2.　The defendant is to be released on current conditions of supervision.

　　Dated this 2nd day of August, 2016

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ F.A. Gossett, III
　　　　　　　　　　　　　　　　　　United States Magistrate Judge